IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

GRANDMOTHERS GROWING
GOODNESS, *et al.*,

        Plaintiffs,

v.

DOUG BURGUM, *et al.*,

        Defendants.

Case No. 3:26-cv-00097-SLG

## ORDER SCHEDULING ORAL ARGUMENT

In Plaintiffs' Motion for a Preliminary Injunction, Plaintiffs request a hearing on their motion on or before March 13, 2026.[1] Federal Defendants do not object to this request.[2] Accordingly, oral argument on Plaintiffs' Motion for a Preliminary Injunction is hereby scheduled for **March 12, 2026 at 10:00 a.m.** in Anchorage Courtroom 2. The public may listen to the oral argument by dialing 571-353-2301 and using Call ID 275666327.

IT IS SO ORDERED.

DATED this 6th day of March, 2026, at Anchorage, Alaska.

                                      */s/ Sharon L. Gleason*
                                      UNITED STATES DISTRICT JUDGE

---

[1] Docket 14 at 2.

[2] Docket 17 at 3.