# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

GRANDMOTHERS GROWING GOODNESS, *et al.*,

      Plaintiffs,

      v.

DOUG BURGUM, in his official capacity as Secretary of the Interior, *et al.*,

      Defendants,

      and

CONOCOPHILLIPS ALASKA INC., *et al.*,

      Intervenor-Defendants.

Case No. 3:26-cv-00097-SLG

## ADMINISTRATIVE APPEAL SCHEDULING ORDER

Unless otherwise ordered, the provisions of the District of Alaska Local Civil Rules 16.1(a)(8) and 16.3 shall apply to the briefing schedule in this case; the page/word limits of Local Civil Rule 7.4(a) shall also apply. The parties may by motion for good cause shown seek to modify these provisions for this case.

DATED this 19th day of March, 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE