ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: 202-532-5994
Fax: 202-305-0275
paul.turcke@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| GRANDMOTHERS GROWING GOODNESS and THE WILDERNESS SOCIETY,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior; *et al*.,<br><br>Defendants,<br><br>and<br><br>CONOCOPHILLIPS ALASKA INC., *et al*.,<br><br>Intervenor-Defendants. | Case No. 3:26-cv-00097-SLG |

## JOINT MOTION FOR SCHEDULING ORDER

This case involves a challenge to various Bureau of Land Management ("BLM") actions concerning the National Petroleum Reserve in Alaska, including BLM's 2025 Integrated Activity Plan, oil and gas lease sale, and Decision cancelling the Teshekpuk Lake Conservation Right of Way. *See* Order on Mot. for Prelim. Inj. 7, Dkt. 59. A "related case is currently pending before this Court—*Center for Biological Diversity v. Burgum*, Case No. 3:20-cv-00206-SLG" that includes a case management schedule that "requires the parties to complete meris briefing by July 2026" and the Court has indicated that it intends for this case to proceed on "the same schedule." *Id*. at 12. The Court's intention aligns with the parties' mutual interest and timing preferences in resolving challenges to the identified agency actions.

Based on the foregoing, Plaintiffs and Defendants jointly move for a scheduling order establishing the following deadlines for further proceedings in this case:

-Defendants will respond to Plaintiffs' complaint by **April 21, 2026**;

-Defendants will file and serve the administrative records ("AR") by **April 22, 2026**;

-The parties will identify any concerns regarding the sufficiency of the AR to Defendants by **April 29, 2026**;

-Defendants will respond to AR concerns and/or supplement the AR by **May 6, 2026**;

-The parties will file motions (if any) regarding the sufficiency of the AR by **May 13, 2026**, and if any motions are filed, the parties shall inform the Court whether such motions require changes to subsequent deadlines in this schedule;

*Grandmothers Growing Goodness v. Burgum*     Case No. 3:26-cv-00097-SLG
JOINT MOT. FOR SCHEDULING ORDER            2

Case 3:26-cv-00097-SLG  Document 66  Filed 04/07/26  Page 2 of 4

-Plaintiffs will file their opening brief no later than **May 20, 2026**;

-Defendants will file a combined response brief in all related cases no later than **July 2, 2026**;

-Intervenor-Defendants will each file a combined response brief in any applicable related cases no later than **July 9, 2026**;

-Plaintiffs will file a reply, if any, no later than **July 23, 2026**.

The parties note that the deadline to respond to Plaintiffs' complaint is one day later than in Case No. 20-cv-206, in accordance with Fed. R. Civ. P. 12(a)(2). The parties agree that Plaintiffs' opening brief should be treated as a motion for summary judgment for the purposes of the page/word limits in Local Civil Rule 7.4. The parties further agree that Defendants and each Intervenor-Defendant shall be allowed to file a combined response brief that addresses the claims in this case and any related cases challenging the same agency action(s). The parties will not oppose a reasonable request to file an overlength brief as may be necessary in responding (or replying) to briefs from multiple parties. Counsel have conferred, and no party opposes this motion.

Respectfully submitted.

DATED: April 7, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)

paul.turcke@usdoj.gov

*Counsel for Defendants*

*Of Counsel*:

JOSHUA HANSON
JASON HARTZ
Office of the Solicitor
United States Department of the Interior

/s/ *Layla A. Hughes* (consent)
Layla A. Hughes (AK Bar # 472948)
909 Goldbelt Ave
Juneau, AK 99801
(386) 693-1963
laylahughes@laylahughes.com

*Counsel for Plaintiffs*

Daniel F. Jacobson+ (D.C. Bar # 1016621)
Nina C. Cahill+ (D.C. Bar # 1735989)
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave., Suite 301
Washington, DC 20016
(301) 823-1148
dan@jacobsonlawyersgroup.com
nina@jacobsonlawyersgroup.com

+ Admitted *pro hac vice*

*Counsel for Plaintiff The Wilderness Society*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/ *Paul A. Turcke*
Paul A. Turcke