RYAN P. STEEN, Bar No. 0912084
ryan.steen@stoel.com
JASON T. MORGAN, Bar No. 1602010
jason.morgan@stoel.com
TIFFANY M. WANG (*admitted pro hac vice*)
tiffany.wang@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3400
Seattle, WA 98101
Telephone: 206.624.0900

*Attorneys for Intervenor-Defendant*
*ConocoPhillips Alaska, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>             Plaintiffs,<br><br>    v.<br><br>DOUG BURGUM, et al.,<br><br>             Defendants.<br><br>STATE OF ALASKA, et al.,<br><br>             Intervenor-Defendants. | Case No. 3:20-cv-00206-SLG |
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, et al.,<br><br>             Plaintiffs,<br><br>    v.<br><br>DOUG BURGUM, et al.,<br><br>             Defendants,<br><br>CONOCOPHILLIPS ALASKA, INC., et al.,<br><br>             Intervenor-Defendants. | Case No. 3:26-cv-00078-SLG |

| GRANDMOTHERS GROWING GOODNESS, et al., |
| --- |
| Plaintiffs, |
| v. |
| DOUG BURGUM, et al., |
| Defendants, |
| CONOCOPHILLIPS ALASKA, INC., et al., |
| Intervenor-Defendants. |

Case No. 3:26-cv-00097-SLG

## DECLARATION OF BRANDI SELLEPACK

I, Brandi Sellepack, declare as follows:

1.      I make this declaration in support of ConocoPhillips Alaska, Inc.'s ("ConocoPhillips") opposition to the plaintiffs' motion for summary judgment in the above-captioned matter. I am over the age of 18 and have personal knowledge of the matters contained in this declaration. I know these facts of my own personal knowledge and would competently testify to them if called as a witness.

2.      I am the Manager for Alaska Exploration at ConocoPhillips. I have worked for ConocoPhillips for 27 years. My background is as a geologist, and I have extensive experience with oil and gas exploration and development activities. My duties include managing and overseeing ConocoPhillips' exploration activities in the National Petroleum Reserve in Alaska (the "Petroleum Reserve"), as well as ConocoPhillips' participation in lease sales of lands in the Petroleum Reserve.

*Ctr. for Biological Diversity, et al. v. Burgum, et al.*
Case Nos. 3:20-cv-206-SLG; 3:26-cv-78-SLG; 3:26-cv-97-SLG

- 1 -

3.       Congress recently ordered the Bureau of Land Management ("BLM") to hold at least five oil and gas lease sales in the Petroleum Reserve over the next 10 years using the stipulations contained in the 2020 Integrated Activity Plan ("IAP") Environmental Impact Statement ("EIS"). The Petroleum Reserve leasing program is administered by BLM under the Naval Petroleum Reserves Production Act of 1976 ("Petroleum Reserves Act"). The Petroleum Reserves Act seeks private investment in activities that produce the public benefit of domestic energy production. The private investment, which entail economic risks and described further below, is expended in stages: (1) the lease sale stage, (2) exploration and appraisal, (3) project design and permitting, and (4) facility construction and well drilling.

4.       ConocoPhillips has been a major participant in the exploration, development, and production of oil and gas in Alaska for decades, either directly or through corporate affiliates and/or heritage companies. ConocoPhillips is actively involved in exploring for and developing new sources of oil and gas in Alaska. Based on internal company correspondence, ConocoPhillips currently produces approximately 195,000 barrels of oil per day from its North Slope lease interests, which includes production from leases ConocoPhillips currently holds in the Petroleum Reserve.

5.       I understand that BLM plans for future leasing, exploration, and development of the Petroleum Reserve through reserve-wide IAPs, which include the lease stipulations and required operating procedures that attach to the leases issued by

Case 3:26-cv-00097-SLG   Document 99-1   Filed 07/14/26   Page 3 of 9

BLM. The environmental impacts of those planning decisions are evaluated through environmental assessments and environmental impact statements. To supports its decision to adopt the 2025 IAP, I understand that BLM consulted with U.S. Fish and Wildlife Service ("FWS") in accordance with the Endangered Species Act Section 7(a)(2) and that the FWS issued a 2025 Programmatic Biological Opinion that concluded that the 2025 IAP Record of Decision ("ROD") would not jeopardize the continued existence of threatened polar bears.

6. BLM conducted lease sales almost every year from 1999 to 2019. ConocoPhillips has participated in almost every single lease sale held in the Petroleum Reserve since 1999. Through those lease sales, ConocoPhillips has acquired oil and gas leases covering over one million acres in the Petroleum Reserve. Oil and gas lease sales for areas within the Petroleum Reserve are an important part of ConocoPhillips' Alaska business. ConocoPhillips has invested billions of dollars over the last several decades in evaluating, leasing, exploring, developing, and producing from its leases in the Petroleum Reserve. ConocoPhillips has relied on its ability to continue to participate in lease sales in the Petroleum Reserve by committing billions of dollars in past investments and in undertaking its preparation for participating in the 2026 Lease Sale. The availability of new leases through a competitive bidding process allows ConocoPhillips to continue to explore for and develop new reservoirs in the Petroleum Reserve.

Case 3:26-cv-00097-SLG   Document 99-1   Filed 07/14/26   Page 4 of 9

7. ConocoPhillips participated in the most recent lease sale that BLM held on March 18, 2026 ("2026 Lease Sale"). ConocoPhillips incurred substantial costs to prepare for the 2026 Lease Sale. It compiled a cross-functional team of subject matter experts (including, but not limited to, geologists, geophysicists, drilling, land and commercial professionals) to evaluate the leases offered in the 2026 Lease Sale and develop its bidding strategy. These efforts involved review of both proprietary and publicly available seismic survey data, as well as other data acquired at significant expense by ConocoPhillips. In doing so, ConocoPhillips made long-term business and investment decisions in reliance on the information presented in the 2020 IAP EIS, 2025 Environmental Assessment ("EA"), and the 2025 IAP ROD, including the leasing conditions and stipulations applicable to each offered parcel. Those leasing provisions were critical considerations in ConocoPhillips' long-term decision-making process and its bidding strategy. The information developed in preparation for the 2026 Lease Sale is highly confidential and is only shared with those that need to know the information within the company and is not shared with anyone outside the company.

8. ConocoPhillips participated in the 2026 Lease Sale and placed bids on 66 total tracts. It ultimately was the highest bidder on 30 tracts covering 166,117 acres and $21.4 million in total successful bids. ConocoPhillips has already executed the lease documents for the new lease interests it acquired in the 2026 Lease Sale and finalized the lease awards. This includes transmitting to BLM the total successful bid amount and the

*Ctr. for Biological Diversity, et al. v. Burgum, et al.*
Case Nos. 3:20-cv-206-SLG; 3:26-cv-78-SLG; 3:26-cv-97-SLG

- 4 -

lease processing fee in the amount of $95,250. ConocoPhillips previously furnished to BLM the necessary bonds to secure their leases, in the total amount of $800,000 ($500,000 Alaska statewide bond and $300,000 nationwide bond). Accordingly, ConocoPhillips has property rights in all of the leases it was awarded in the 2026 Lease Sale.

9. Because of its participation in nearly all of the lease sales held in the Petroleum Reserve since 1999, ConocoPhillips has developed a significant leasehold position in the Petroleum Reserve. ConocoPhillips has developed three drill sites that are currently producing (CD5, GMT-1 and GMT-2) in the Petroleum Reserve. ConocoPhillips is currently constructing and developing the Willow project, and ConocoPhillips is actively exploring its other leases. This winter, ConocoPhillips has a four-well exploration program and seismic survey planned within the Petroleum Reserve. This program is subject to the required operating procedures set forth in the 2025 IAP ROD. ConocoPhillips expects to engage in future exploration and development activities in the Petroleum Reserve in future years and expects that those activities will fall under the 2025 IAP ROD and its required operating procedures.

10. In this lawsuit, I understand that the plaintiffs seek to vacate and set aside the bid acceptances and any leases issued through the 2026 Lease Sale. I understand that the plaintiffs also seek to vacate 2025 IAP ROD, 2025 EA, 2020 EIS, and the 2025 Programmatic Biological Opinion.

*Ctr. for Biological Diversity, et al. v. Burgum, et al.*
Case Nos. 3:20-cv-206-SLG; 3:26-cv-78-SLG; 3:26-cv-97-SLG

11.     The plaintiffs' requested remedy of vacatur would cause significant and irreparable economic harm to ConocoPhillips. ConocoPhillips has a significant and direct stake in the 2025 IAP ROD, 2025 EA, 2020 EIS, 2025 Programmatic Biological Opinion, and the 2026 Lease Sale. The claims asserted in this lawsuit place ConocoPhillips' lease rights, its investments in securing those lease rights, and investments already made in its active exploration and development projects at substantial risk. Vacatur of the 2026 Lease Sale or any of BLM's other decisions would significantly injure ConocoPhillips' interests, including but not limited to the loss of rights under any vacated leases and the investments and business decisions made for ConocoPhillips' exploration and development activities in the Petroleum Reserve.

12.     Vacating the bids accepted and leases issued through the 2026 Lease Sale would negate the significant investments ConocoPhillips made in preparing to participate in the 2026 Lease sale, as described above. In addition to forfeiting the considerable time, effort, and expenses ConocoPhillips devoted to evaluating potential lease opportunities and developing its bidding approach, the company also would lose the competitive advantage it derived from its pre-sale work. By submitting bids on individual lease tracts during the 2026 Lease Sale, ConocoPhillips essentially disclosed aspects of its lease bidding strategy, including which parcels it considered most promising and the value it assigned to each tract. As a result, all of ConocoPhillips' competitors know which tracts the company values the most and how much it was willing to pay for each tract.

*Ctr. for Biological Diversity, et al. v. Burgum, et al.*
Case Nos. 3:20-cv-206-SLG; 3:26-cv-78-SLG; 3:26-cv-97-SLG

- 6 -

13.     If the leases were vacated, and a new lease sale conducted, ConocoPhillips would be deprived of all the proprietary information it acquired during its 2026 Lease Sale preparations. For example, ConocoPhillips' competitors could, in a subsequent lease sale, unfairly use the information revealed in the 2026 Lease Sale to outbid the company on particular parcels, now knowing that those parcels are important to ConocoPhillips, and then try to (a) develop for themselves tracts that ConocoPhillips has now identified as valuable, (b) unfairly resell those leases to ConocoPhillips at a higher price, or (c) gain a foothold in a "unit" of leases in which ConocoPhillips clearly holds a business interest. All of this would be to the substantial economic detriment of ConocoPhillips and would further frustrate the expeditious exploration and development of the Petroleum Reserve.

14.     My team has already begun evaluating the new leases to prepare for potential future exploration drilling.

15.     Any decision made by this Court that results in vacating or rescinding the 2026 Lease Sale or the leases sold under that sale, the 2025 IAP ROD, 2025 EA, 2020 EIS, and 2025 Programmatic Biological Opinion would significantly and adversely affect ConocoPhillips' property interests, business plans, investments, and competitive position. ConocoPhillips will also be denied the revenues associated with production from the oil and gas leases that ConocoPhillips has acquired through the 2026 Lease Sale.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*Ctr. for Biological Diversity, et al. v. Burgum, et al.*
Case Nos. 3:20-cv-206-SLG; 3:26-cv-78-SLG; 3:26-cv-97-SLG

DATED: July 10, 2026.

_Brandi Sellepack_
Brandi Sellepack

Case 3:26-cv-00097-SLG   Document 99-1   Filed 07/14/26   Page 9 of 9