# EXHIBIT A

Theresa Sauer (*pro hac vice*)
Malinda Morain (*pro hac vice*)
BEATTY & WOZNIAK, P.C.
1801 California St. Suite 3650
Denver, Colorado 80202
Telephone: (303) 407-4499
Facsimile: (800) 886-6566
tsauer@bwenergylaw.com
mmorain@bwenergylaw.com

*Attorneys for Defendant-Intervenors North Slope
Exploration, LLC and North Slope Energy, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GRANDMOTHERS GROWING GOODNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior, et al., <br><br> Defendants, <br><br> and <br><br> NORTH SLOPE EXPLORATION, LLC AND NORTH SLOPE ENERGY, LLC, <br><br> Proposed Defendant-Intervenors. | Case No. 3:26-cv-00097-SLG |

## DECLARATION OF NATHAN LOWE

I, Nathan Lowe, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Vice President of Land and Business Development for Armstrong Oil & Gas, Inc, and make this Declaration in Support of North Slope Exploration, LLC and North Slope Energy, LLC's motion to intervene.

2. North Slope Exploration, LLC and North Slope Energy, LLC (collectively, NSE) are managed by Armstrong Oil & Gas, Inc. Collectively, NSE holds federal leasehold within the National Petroleum Reserve-Alaska (Petroleum Reserve).

3. NSE has invested significant fiscal and personnel resources into its existing leases in the Petroleum Reserve via bonus, rentals, 2D and 3D seismic licensing, data reprocessing, archeological and environmental field studying, gravel sourcing, and extensive analysis.

4. North Slope Exploration, LLC has invested significant financial and other resources in evaluating whether to purchase leases, and purchasing leases in the March 2026 sale. Specifically, North Slope Exploration was the high bidder on 78 leases in this sale, 72 of which were won and issued, at a bonus value of $18,256,210, and total spend of $22,593,800 including total bonus, first year rentals, and lease processing fees.

5. In total, NSE holds approximately 1.67 million gross acres of federal leasehold within the Petroleum Reserve.

6. I understand that plaintiffs in the present lawsuit seek to reverse the lease sale as to certain parcels, including parcels purchased by North Slope Exploration, and to invalidate the 2025 Integrated Activity Plan Record of Decision (IAP ROD), the land management plan that I understand covers both this lease sale and BLM's administration of NSE's existing leases in the Petroleum Reserve. In doing so, plaintiffs seek to destroy

Ex. A, Declaration of Nathan Lowe
*Grandmothers Growing Goodness, et al. v. Burgum, et al.*, Case No. 3:26-cv-00097-SLG – Exhibit A, Page 2

Case 3:26-cv-00097-SLG    Document 100-1    Filed 07/14/26    Page 3 of 4

North Slope Exploration's interests in leases purchased at the June 2026 BLM National Petroleum Reserve Production Act Sale.

7.      If the Court grants plaintiffs' requested relief, it may deprive NSE of the ability to develop its previously-acquired leases, and will destroy North Slope Exploration's real property and contract interests in leases purchased at the June 2026 BLM National Petroleum Reserve in Alaska Sale.

8.      NSE will suffer irreparable harm if the Court grants plaintiffs' requested relief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 14, 2026, Denver, Colorado.

_____
Nathan Lowe

Ex. A, Declaration of Nathan Lowe
*Grandmothers Growing Goodness, et al. v. Burgum, et al.*, Case No. 3:26-cv-00097-SLG – Exhibit A, Page 3

Case 3:26-cv-00097-SLG     Document 100-1     Filed 07/14/26     Page 4 of 4