# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, *et al.*,<br><br>        *Defendants*,<br><br>and<br><br>STATE OF ALASKA *et al.*,<br><br>        *Intervenor-Defendants*. | Case No. 3:20-cv-00206-SLG |
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, *et al.*,<br><br>        *Defendants*,<br><br>and<br><br>CONOCOPHILLIPS ALASKA, INC. *et al.*,<br><br>        *Intervenor-Defendants*. | Case No. 3:26-cv-00078-SLG |
| GRANDMOTHERS GROWING GOODNESS *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, *et al.*, | Case No. 3:26-cv-00097-SLG |

Exhibit B, p. 1

|  |  |
|---|---|
| | *Defendants,* |

and

CONOCOPHILLIPS ALASKA, INC. *et al.,*

       *Intervenor-Defendants.*

## <u>DECLARATION OF JAMES M. PICCONE</u>

1. I am over eighteen years of age, am fully competent to make this Declaration, and have personal knowledge of the facts below. I would testify truthfully to the facts set forth herein if called upon and available to do so.

2. I am Chief Legal Officer of Epoch Oil and Gas, LLC ("Epoch").

3. Epoch was the high bidder for eight oil and gas leases within the National Petroleum Reserve in Alaska (NPR-A) that the Bureau of Land Management offered at a March 2026 lease sale.

4. Epoch's bids on these eight leases totaled over $16 million. Epoch submitted the single largest bid of the sale, which exceeded $3.6 million.

5. Prior to exploration activities, extensive preparation is required for modern oil and gas operations, generally, and in the NPR-A particularly. These preparations include scientific analysis of deposits, regulatory coordination, working with local stakeholders, and entering into third-party agreements necessary to facilitate eventual development.

6. Since participating in the sale, Epoch has spent approximately $500,000 in furtherance of ultimately developing the tracts on which it submitted high bids. These costs include consultants, legal fees, and other expenses.

- 1 -

Exhibit B, p. 2

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 13, 2026.

By: _____
James M. Piccone
Chief Legal Officer
Epoch Oil and Gas, LLC

- 2 -

Exhibit B, p. 3