# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

CENTER FOR BIOLOGICAL
DIVERSITY, *et al.*,

        Plaintiffs,

    v.

DOUG BURGUM, *et al.*,

        Defendants,

    and

STATE OF ALASKA, *et al.*,

        Intervenor-Defendants.

Case No. 3:20-cv-00206-SLG

---

SOVEREIGN IÑUPIAT FOR A
LIVING ARCTIC, *et al.*,

        Plaintiffs,

    v.

DOUG BURGUM, *et al.*,

        Defendants,

    and

CONOCOPHILLIPS ALASKA, INC.,
*et al.*,

        Intervenor-Defendants.

Case No. 3:26-cv-00078-SLG

GRANDMOTHERS GROWING GOODNESS, *et al.*,

      Plaintiffs,

      v.

DOUG BURGUM, *et al.*,

      Defendants,

      and

CONOCOPHILLIPS ALASKA, INC., *et al.*,

      Intervenor-Defendants.

Case No. 3:26-cv-00097-SLG

## ORDER ON MOTION FOR LEAVE TO FILE BRIEF OF ALASKA OIL & GAS ASSOCIATION AS *AMICUS CURIAE* IN SUPPORT OF FEDERAL DEFENDANTS

Before the Court at Docket 184 in Case No. 3:20-cv-00206-SLG, Docket 48 in Case No. 3:26-cv-00078-SLG, and Docket 97 in Case No. 3:26-cv-00097-SLG are Joint Motions for Leave to File Brief of Alaska Oil & Gas Association as *Amicus Curiae* in Support of Federal Defendants. No party has opposed any of the motions. Upon due consideration, the motions are GRANTED.

IT IS SO ORDERED this 4th day of August 2026, at Anchorage, Alaska.

                      */s/ Sharon L. Gleason*
                      UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00206-SLG, *Center for Biological Diversity, et al. v. Burgum, et al.*
Case No. 3:26-cv-00078-SLG, *Sovereign Inupiat for a Living Arctic, et al. v. Burgum, et al.*
Case No. 3:26-cv-00097-SLG, *Grandmothers Growing Goodness, et al. v. Burgum, et al.*
Order on Motion for Leave to File Brief of Alaska Oil & Gas Association as *Amicus Curiae* in Support of Federal Defendants
Page 2 of 2

Case 3:26-cv-00097-SLG   Document 105   Filed 08/04/26   Page 2 of 2